DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONAS AUGUSTE** and **BERNADINE AUGUSTE,**
Appellants,

v.

**NADEGE ORMELUS,**
Appellee.

No. 4D2025-1002

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 502022CA003977XXXXMB.

James Gerald Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellants.

Robert Guerrier of Law Offices of Robert Guerrier, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***